IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES F. PIFER,

    Plaintiff,                    No. CIV S-87-1623 FCD KJM P

    vs.

DANIEL MCCARTHY, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On October 12, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed September 30, 2005, denying plaintiff's December 29, 2004 motion to compel with some exceptions. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 30, 2005, is affirmed.

DATED: October 26, 2005

                                      /s/ Frank C. Damrell Jr.
                                      FRANK C. DAMRELL JR.
                                      United States District Judge