IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES PIFER,**<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>**DANIEL MCCARTHY, et al.,**<br><br>　　　　　　　　Defendants. | CIV S-87-1623 FCD KJM P<br><br>**ORDER EXTENDING TIME FOR PARTIES TO FILE DISPOSITIVE MOTIONS** |

　　　　The parties by and through their counsel of record stipulate to an extension of time for the parties to file their dispositive motions.

　　　　Good cause appearing, the parties are granted a 30-day extension to file their respective motions for summary judgment. Accordingly, all dispositive motions shall be due on or before January 30, 2006.

DATED: December 28, 2005.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

pife1623.31.wpd

Order

1