1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11    **JAMES PIFER**,                                2:87-CV-1623 EJG KJM P

12                                  Plaintiff,    **ORDER GRANTING DEFENDANTS'**
                                                  **REQUEST TO FILE A PAPER COPY**
13                    v.                          **OF PLAINTIFF'S VOLUMINOUS**
                                                  **MEDICAL RECORD WITH THE**
14    **DANIEL MCCARTHY**, **et al.**,            **COURT**

15                                  Defendants.

16

17          The court has considered defendants' request to permit them to file a paper copy of

18    plaintiff's medical records and finds good cause to grant the request.

19          Accordingly, IT IS HEREBY ORDERED that within ten court days of the

20    filing of this Order, defendants shall file with the court a paper copy of plaintiff's

21    relevant medical records identified as Exhibit A to defendants' response to

22    plaintiff's motion to require service of documents referenced in the affidavits in

23    support of defendants' motion for summary judgment.

24    DATED:  March 6, 2006.

25

26                                          _____
                                            UNITED STATES MAGISTRATE JUDGE
27

28