KING HALL CIVIL RIGHTS CLINIC
CARTER C. WHITE, CSB #165149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA  95616-8821
(530) 752-5440
Fax (530) 752-5788

Attorney for Plaintiff
JAMES F. PIFER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. PIFER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DANIEL MCCARTHY, et al.<br><br>　　　　Defendants. | NO. CIV S-87-1623 FCD-KJM-P<br><br>**ORDER RESETTING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Current Date:　　March 8, 2006<br>Proposed Date:　April 12, 2006<br>Time:　　　　　10:00 a.m.<br>Courtroom:　　　26<br>Magistrate Judge:　Hon. Kimberly J. Mueller |

　　　For the reasons stated in the parties' stipulation, the hearing on Defendant's Motion for Summary Judgment is rescheduled to April 12, 2006, at 10:00 a.m.  Briefing deadlines are reset according to Local Rule 78-230.

**IT IS SO ORDERED.**

Dated:  March 6, 2006.

_____
UNITED STATES MAGISTRATE JUDGE