IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES F. PIFER,

        Plaintiff,                    No. CIV S-87-1623 FCD KJM P

    vs.

DANIEL MCCARTHY, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On March 8, 2006, this cause came on for hearing on plaintiff's February 8, 2006 "motion to require service of supporting documents or to strike affidavits." James Yi, Thomas Vigdal and Carter White, King Hall Civil Rights Clinic, appeared on behalf of plaintiff. Sandra Lusich, Deputy Attorney General, appeared on behalf of defendants. Based on the arguments of counsel, the court's file and good cause appearing, THE COURT ORDERED that plaintiff's February 8, 2006 motion is granted as follows:

        1. Within seven days, defendants shall file an amended exhibit C in support of their motion for summary judgment. The amended exhibit shall include copies of all documents referenced in the declaration of A. Quinones.

/////

/////

2. Defendants may seek to file portions of the amended exhibit under seal or in redacted form. If so, defendants shall, with the amended exhibit, file a motion to seal or redact. Any documents defendants seek to have sealed or redacted should be delivered directly to the undersigned's chambers and not filed with the Clerk of the Court. Upon the court's resolution of any motion to seal or redact, the court will direct service on plaintiff's counsel of the documents covered by any such motion.

DATED: March 8, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1 pife1623.aho(3)