IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES F. PIFER,

        Plaintiff,                    No. CIV S-87-1623 FCD KJM P

    vs.

DANIEL MCCARTHY, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding with counsel with an action for violation of civil rights under 42 U.S.C. § 1983. On March 9, 2006, defendants filed a motion asking that the court review attachment 1 to amended exhibit C of defendants' motion for summary judgment. Defendants ask that after reviewing the documents, the court order that attachment 1 be sealed and that only the redacted version, which also was submitted by defendants, be ordered served on Plaintiff. After conducting *in camera* review of both the redacted and unredacted documents, THE COURT ORDERS AS FOLLOWS:

/////

/////

/////

/////

1. The Clerk of the Court is directed to seal the redacted version of attachment 1 to amended exhibit C of defendants' motion for summary judgment, which was submitted to the court on March 9, 2006.[1]

2. Defendants shall serve the redacted version upon plaintiff within five days of this order.

3. The redacted version is subject to the protective order entered on May 27, 1999.

4. The hearing on defendants' motion for summary judgment is rescheduled from April 12, 2006 to May 3, 2006 at 10 a.m. in courtroom #26.

DATED: April 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

[1] pife1623.sea

---

[1] While the Clerk apparently sealed the referenced document temporarily on March 10, 2006, pending the court's resolution of defendants' motion to seal, this order directs the permanent sealing of the document as provided by Local Rules 39-140 and 39-141.