KING HALL CIVIL RIGHTS CLINIC
CARTER WHITE, CSB #164149
U.C. Davis School of Law
One Shields Avenue, Bldg. TB-30
Davis, CA 95616-5201
(530) 752-5440
Fax (530) 752-5788

Attorney for Plaintiff
JAMES F. PIFER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES F. PIFER,<br><br>　　　　PLAINTIFF,<br><br>vs.<br><br>DANIEL MCCARTHY, et al.,<br><br>　　　　Defendants. | NO. CIV S-87-1623 FCD KJM P<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR EXTENSION OF HEARING DATE** |

The hearing on Defendants' motion for summary judgment is reset to 10:00 a.m., May 24, 2006, in courtroom 26, before the undersigned, with briefing deadlines reset according to Local Rule 78-230.

Dated: April 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE