| | |
|---|---|
| 1 | KING HALL CIVIL RIGHTS CLINIC |
| | CARTER C. WHITE, CSB #165149 |
| 2 | U.C. Davis School of Law |
| | One Shields Avenue, Bldg. TB-30 |
| 3 | Davis, CA 95616-8821 |
| | (530) 752-5440 |
| 4 | Fax (530) 752-5788 |
| | ccwhite@ucdavis.edu |
| 5 | |
| | Attorney for Plaintiff |
| 6 | JAMES F. PIFER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES F. PIFER, | ) | NO. CIV S-87-1623 FCD-KJM-P |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED ORDER** |
| | ) | **FOR EXTENSION OF TIME TO FILE** |
| vs. | ) | **OBJECTIONS TO FINDINGS AND** |
| | ) | **RECOMMENDATIONS AND REDACTED** |
| DANIEL MCCARTHY, et al. | ) | **COPY OF PLAINTIFF'S OPPOSITION TO** |
| | ) | **DEFENDANTS' MOTION FOR SUMMARY** |
| Defendants. | ) | **JUDGMENT** |
| | ) | |

Pursuant to Local Rule 83-143, and for the reasons stated in Plaintiff's Ex Parte request for extension of time filed January 3, 2007 (Doc. 463), the parties stipulate that the time for filing Plaintiff's Objections to the Findings and Recommendations of the Magistrate Judge, and the time for filing the proposed redacted version of Plaintiff's Opposition to Defendants' motion for summary judgment, is hereby extended for twenty-one (21) days, to no later than January 24, 2007. The Plaintiff's Ex Parte request for extension of time is denied as moot.

//

//

//

//

//

//

//

Dated: January 4, 2007                    /S/ Carter C. White

                                          _____

                                          Carter C. White

                                          Attorney for Plaintiff


Dated: January 4, 2007

                                          /S/ William V. Cashdollar

                                          _____

                                          William V. Cashdollar
                                          Deputy Attorney General

                                          Attorney for Defendants

IT IS SO ORDERED.

Dated:  January 9, 2007.

_____
U.S. MAGISTRATE JUDGE

2